# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD CORNELIUS ELDRIDGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-05-1847 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice - | § | |
| Institutions Divisions, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have filed a document titled "Notice of Agreed Extension of Post-Hearing Briefing Schedule." The parties state that they cannot comply with the original briefing schedule due to scheduling conflicts. They request a 21-day extension of that schedule.

The joint motion for extension of time (Docket Entry 54) is granted.

The petitioner must file his posthearing brief on or before **September 7, 2007**. The respondent must file his posthearing brief on or before **September 28, 2007**.

SIGNED on August 29, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge