IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD CORNELIUS ELDRIDGE | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-1847 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal | § | |
| Justice-Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set out in the court's Order Granting Respondent Nathaniel Quarterman's Motion for Summary Judgment (Docket Entry 12) and Denying Petitioner Gerald Cornelius Eldridge's Amended Petition for Writ of Habeas Corpus (Docket Entry 11), judgment is entered for the respondent and Eldridge's amended petition is dismissed with prejudice.

Petitioner Eldridge has not made a substantial showing of the denial of a constitutional right.  A certificate of appealability should not issue.

SIGNED on March 13, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge