IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD CORNELIUS ELDRIDGE,<br>Petitioner<br><br>v.<br><br>RICKER THALER, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO.<br>H-05-1847 |

## ORDER

By order of May 19, 2010, the district court approved the *ex parte* motion for authorization of funds for expert assistance. I hereby also approve the request.

The approval of this request in no way entitles counsel, experts or other service providers to charge or expend beyond what is reasonably necessary to defend the clients.

SO ORDERED.

Dated June __7__, 2010

*Edith H. Jones*
EDITH H. JONES
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT