IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD CORNELIUS ELDRIDGE, | § | |
| Petitioner, | § | |
| v. | § | CIVIL NO. H-05-1847 |
| RICK THALER, Director,<br>Texas Department of Criminal<br>Justice-Correctional Institutions<br>Division, | § | |
| Respondent. | § | |

**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME**

Gerald Cornelius Eldridge, a Texas death row inmate, has filed a motion for an extension of time in which to file his amended petition for a writ of habeas corpus asserting that he is incompetent to be executed. He cites the need for additional investigation. The Motion For Extension (Docket Entry No. 123) is **GRANTED**. Eldridge's amended petition and expert reports are due by September 27, 2010. A separate order will issue resetting other dates and deadlines in this case.

SIGNED on August 13, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge