IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD CORNELIUS ELDRIDGE, | § | |
| Petitioner | § | |
| | § | |
| v. | § | |
| | § | |
| RICKER THALER, Director, | § | CRIMINAL ACTION NO. |
| Texas Department of Criminal | § | H-05-1847 |
| Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

### ORDER

By letter of August 6, 2010, the district court approved the petitioner's *ex parte* motion for authorization of additional funds for investigative assistance in the amount of $1,801.25. I hereby also approve the request.

The approval of this request in no way entitles counsel, experts or other service providers to charge or expend beyond what is reasonably necessary to defend the clients.

SO ORDERED.

Dated September *oct* 2, 2010

EDITH H. JONES
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT