IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERALD CORNELIUS ELDRIDGE, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. H-05-1847 |
| § | |
| RICK THALER, Director, § | |
| Texas Department of Criminal § | |
| Justice-Correctional Institutions § | |
| Division, § | |
| § | |
| Respondent. § | |

ORDER GRANTING PETITIONER'S MOTION FOR CONTINUANCE

Petitioner Gerald Cornelius Eldridge, a Texas death row inmate, has filed a motion for a continuance of a scheduled evidentiary hearing pending a decision by the on a request for additional expert funding. The respondent opposes the motion on principle, but acknowledges that the scheduled hearing cannot proceed with this issue unresolved.

Eldridge asks for a continuance until 30 days after the a decision on the funding request. The request is reasonable. The Petitioner's Motion For Continuance (Docket Entry 182) is **GRANTED**; Within five business days after a decision on the request for additional funding, counsel for the parties must confer and file a joint motion for a scheduling order setting a new date for the evidentiary hearing.

SIGNED on August 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge