IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GERALD CORNELIUS ELDRIDGE, §
§
§
                    Petitioner, §
§
v. § CIVIL NO. H-05-1847
§
RICK THALER, Director, §
Texas Department of Criminal §
Justice-Correctional Institutions §
Division, §
§
                    Respondent. §
§

ORDER GRANTING PETITIONER'S MOTION
FOR LEAVE TO FILE UNDER SEAL AND *EX PARTE*

The petitioner, Gerald Cornelius Eldridge, a Texas death row inmate, has filed a motion to

stay proceedings over a funding dispute. He has filed a separate motion for leave to file an amended

financial advisory under seal. The financial advisory pertains only to counsel's financial situation.

The petitioner's Motion For Leave To File Amended Financial Advisory Under Seal and *Ex Parte*

(Docket Entry 207) is **GRANTED**.

SIGNED on January 3, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge