UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GERALD CORNELIUS ELDRIDGE**, Petitioner | § § § | |
| -VS- | § § | CIVIL NO.4:05-cv-1847 |
| **RICK THALER**, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent. | § § § § § § | *CAPITAL CASE* |

# PETITIONER'S EXHIBITS

TAB 1 – Report of Michael A. Roman, Ph.D. ………………………………………… 1-16

TAB 2 – Supplementary Report of Michael A. Roman, Ph.D. ……………....….… 1-15

TAB 3 – CV of Michael A. Roman, Ph.D. ………………………………………….. 1-8

TAB 4 – List of Records Reviewed by Michael A. Roman, Ph.D. ………………………. 1

TAB 5 – Raw Data/Notes of Michael A. Roman, Ph.D. ………………………………… 1-152

TAB 6 – Selected TDCJ Records June 1994-July 2009 ………………………………….. 1-86

TAB 7 – Report of Office of Inspector General ………………………………………….. 1-13

TAB 8 – Selected TDCJ Records Nov. 2009-Present.…………….....………………….. 1-294

TAB 9 – Table Summarizing Diagnoses and Medications in Selected TDCJ Records
  Nov. 2009-Present……………………..…………………………………………… 1-17

TAB 10 – Table Summarizing TDCJ Records Relevant to Food Delusions …..……….. 1-6

TAB 11 – Reproduction of Table of Symptoms Unrelated to Food Delusions from
  Dr. Roman's Supplemental Report ………………………………………….... 1-4

TAB 12 – Selected Portions of Raw Data from Feigning Measures ……………..…….. 1-5

TAB 13 – Report of Mary Alice Conroy, Ph.D. ………………………………………..…. 1-4

TAB 14 – MedTox Sure-Screen Package Inserts ………………………………………… 1-32