UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GERALD CORNELIUS ELDRIDGE**, | § | |
| Petitioner | § | |
| | § | |
| -VS- | § | CIVIL NO.4:05-cv-1847 |
| | § | |
| **RICK THALER**, Director, | § | *CAPITAL CASE* |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |
| _____ | § | |

**PETITIONER'S WITNESS LIST**

| Witness Name and Contact Information | Expected Testimony |
|---|---|
| Michael A. Roman, Ph.D.<br>4242 Medical Drive, Suite 6150<br>San Antonio, TX  78229<br>210-342-1906 | Petitioner's expert witness who will testify that Petitioner is incompetent to be executed. |
| Pradan A. Nathan, M.D.<br><br>Until April 6, 2012:<br>Tri-County Services<br>706 FM 2854<br>Conroe, TX  77301<br>936-538-1102<br><br>After April 9, 2012:<br>University of Texas Medical Branch<br>130 Medical Center Parkway, Suite 8<br>Huntsville, TX  77340<br>936-436-1148, ext. 1111 | Petitioner's treating TDCJ psychiatrist from 2009 to 2011 who will testify about Petitioner's symptoms of mental illness. |
| David Estes, Ph.D.<br>4422 Echo Falls Drive<br>Kingwood, TX  77345<br>281-713-8147 | One of Petitioner's TDCJ mental health clinicians from 2009 to 2011 who will testify about Petitioner's symptoms of mental illness. |