IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GERALD CORNELIUS ELDRIDGE,  §
                 Petitioner,  §
                              §
v.  §  Cause No. 4:05cv1847
                              §
RICK THALER,  §  CAPITAL CASE
Director, Texas Department  §  Judge Lee Rosenthal
of Criminal Justice,  §
Institutional Division,  §
                Respondent.  §

# TABLE OF CONTENTS

TAB 1. Pen Packet - Prior Charge

TAB 2. Prior Charge Classification Records

TAB 3. Prior Charge Disciplinary Records

TAB 4. Pen Packet - Capital Murder Charge

TAB 5. TDCJ Classification Records

TAB 6. TDCJ Transfer Logs

TAB 7. TDCJ Offender Investigation Records

TAB 8. Bench Warrants

TAB 9 . TDCJ Activity Logs

TAB 10. Windham School District Education Records

TAB 11. TDCJ Library Book Records

TAB 12. TDCJ Law Library Book Records

TAB 13. Inmate Trust Fund Records

TAB 14. TDCJ Commissary Records

TAB 15. TDCJ Disciplinary Records

TAB 16. TDCJ Grievance Records

TAB 17. TDCJ Property Records

TAB 18. TDCJ Inmate to Inmate Legal Visitation Records

TAB 19. TDCJ Visitation Records

TAB 20. TDCJ Legal Visitation Records

TAB 21. TDCJ Death Packet

TAB 22. TDCJ List of Contacts from November 17, 2009

TAB 23. TDCJ Psych/Mental Health Records

TAB 24. TDCJ Medical Records

TAB 25. UTMB Correctional Managed Care Records

TAB 26. TDCJ Mail - Affidavit date March 2, 2010

TAB 27. TDCJ Mail - Affidavit date May 7, 2010

TAB 28. TDCJ Mail - Affidavit date July 6, 2010

TAB 29. TDCJ Mail - Affidavit date August 10, 2010

TAB 30. TDCJ Mail - Affidavit date September 16, 2010

TAB 31. TDCJ Mail - Affidavit date October 12, 2010

TAB 32. TDCJ Mail - Affidavit date November 23, 2010

TAB 33. TDCJ Mail - Affidavit date December 14, 2010

TAB 34. TDCJ Mail - Affidavit date January 25, 2011

TAB 35. TDCJ Mail - Affidavit date March 9, 2011

TAB 36. TDCJ Mail - Affidavit date March 31, 2011

TAB 37. Supplemental Inmate Trust Fund Records

TAB 38. Supplemental TDCJ Commissary Records

TAB 39. Supplemental TDCJ Legal Visitation Records

TAB 40. Supplemental TDCJ Psych/Mental Health Records

TAB 41. Supplemental TDCJ Medical Records

TAB 42. Supplemental TDCJ Classification Records

TAB 43. Supplemental TDCJ Disciplinary Records

TAB 44. Supplemental TDCJ Grievance Records

TAB 45. Supplemental Windham School District Education Records

TAB 46. TDCJ Mail - Affidavit date June 17, 2011

TAB 47. TDCJ Mail - Affidavit date July 13, 2011

TAB 48. TDCJ Mail - Affidavit date August 12, 2011

TAB 49. Psychological Evaluation by Dr. Thomas Allen

TAB 50. Dr. Thomas Allen's Notes and Raw Data

TAB 51. Dr. Thomas Allen's C.V.

TAB 52. Coast to Coast Wikipedia Entry

TAB 53. Roman Audio Transcript

TAB 54. Charles P. Woodrick, Ph.D. C.V.

TAB 55. Trial Competency Records

TAB 56. Jail Psychiatric Records

TAB 57. Transcript of Competency Hearing held March 1, 1994

TAB 58. TDCJ Mail - Affidavit date September 14, 2011
TAB 59. TDCJ Mail - Affidavit date September 30, 2011

TAB 60. TDCJ Mail - Affidavit date November 29, 2011

TAB 61. Schizophrenia Reference Articles

TAB 62. TDCJ Mail - Affidavit date January 10, 2012

TAB 63. TDCJ Mail - Affidavit date February 10, 2012

TAB 64. TDCJ Mail - Affidavit date March 2, 2012